EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Extensión de Términos por motivo de la concesión de la mañana del 24 de diciembre y los días 26 y 31 de diciembre de 2008 y 2 de enero de 2009 | 2008 TSPR 192<br><br>175 DPR \_\_\_\_ |

Número del Caso: EM-2008-8


Fecha: 19 de diciembre de 2008

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:


Extensión de Términos
por motivo de la concesión
de la mañana del 24 de
diciembre y los días 26 y 31 de
diciembre de 2008 y 2 de enero
de 2009


RESOLUCIÓN


San Juan, Puerto Rico, a 19 de diciembre de 2008.


El Juez Presidente, Hon. Federico Hernández Denton, ha concedido a los empleados y funcionarios de la Rama Judicial la mañana del miércoles 24 de diciembre de 2008 sin cargo a vacaciones, y los días 26 y 31 de diciembre de 2008 y el 2 de enero de 2009 libres con cargo a la licencia de vacaciones.

A tales efectos, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, disponemos que al computar los términos establecidos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73, y se considerarán los días 24, 26 y 31 de diciembre de 2008, y el 2 de enero de 2009, como días feriados. Cualquier término a vencer el miércoles 24 o el viernes 26 diciembre de 2008, se extenderá hasta el próximo día laborable, 29 de diciembre de 2008. Cualquier término a vencer el miércoles 31 de diciembre de 2008 o el viernes 2 de enero de 2009, se extenderá hasta el lunes 5 de enero de 2009, próximo día laborable.

Se ordena la inmediata difusión pública de esta Resolución.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo